UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                    )<br>                      Plaintiff,            )<br>                                                    )     Case No.:  CR10-64-RAJ<br>          v.                                      )<br>                                                    )<br>JENNY SLAUGHTER,                  )     ORDER REVOKING BOND<br>                                                    )     AND DETENTION ORDER<br>                      Defendant.          )<br>_____ ) | |

Offenses Charged:

   Possession of Oxycodone with Intent to Distribute

Bond Revocation:

   On March 15, 2010, defendant appeared for an arraignment and detention hearing before the undersigned Magistrate Judge after which defendant was released on an appearance bond that included restrictions that she not commit any violations of law.

   On April 30, 2010, Pretrial Services filed a Petition for Warrant for Defendant Under Pretrial Services Supervision, alleging that the defendant had violated the terms and conditions of her bond as follows:

   1.   Jenny Slaughter has violated the standard condition of her bond requiring she not use, consume, or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer, by using Oxycontin on March 17, 2010.

ORDER REVOKING BOND AND
DETENTION ORDER
PAGE 1

2.   Jenny Slaughter violated the standard condition of her supervision requiring she notify her supervising Officer within one business day if she is arrested or questioned by a law enforcement officer for a violation of any law, by not notifying Pretrial Services of her arrest for possession of Oxycontin on April 7, 2010.

3.   Jenny Slaughter has violated the standard condition of her bond requiring she not use, consume, or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer, by possessing Oxycontin on April 7, 2010.

4.   Jenny Slaughter has violated the standard condition of h[er] bond requiring [s]he not use, consume, or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer, by using Morphine on or about April 21, 2010.

On May 4, 2010, the defendant made her initial appearance at a bond revocation hearing before the undersigned Magistrate Judge. She was advised of her rights in connection with the Petition for Warrant for Defendant Under Pretrial Services Supervision. She was advised of the bond violation allegations. She did not admit to the violations, but the matter was submitted on the information contained in the Petition.

Pursuant to CrR 32.1, CrR46(c) and 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   On March 15, 2010, defendant was released on bond with pretrial supervision and special conditions.

(2)   The defendant has failed to abide by the terms of her bond, as set forth in the bond violation allegations 1-4 above.

(3)   There appear to be no conditions or combination of conditions other than

detention that will reasonably assure the defendant's appearance at future Court hearings as required, and that will address the risk of the defendant's danger to the community.

IT IS THEREFORE ORDERED:

(1) Defendant's bond is hereby revoked;

(2) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 4th day of May, 2010.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge